**Order entered February 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-15-00053-CR
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**ANTHONY HILL, Appellee**

_____

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX14-90030**
_____

## ORDER

The State's February 16, 2015 first motion for extension of time to file the State's brief is

**GRANTED IN PART**.

By order entered on January 16, 2015, the Court ordered Peri Wood, official court reporter of the 292nd Judicial District Court, to file or coordinate the filing of, within fifteen days of the date of the order, the reporter's record from the hearing on appellant's pretrial application for writ of habeas corpus. To date, Wood has neither filed the reporter's record nor communicated with the Court regarding why the reporter's record has not been filed.

Accordingly, we **ORDER** Peri Wood to file the reporter's record from the hearing on appellant's pretrial application for writ of habeas corpus by **March 6, 2015**. If Wood fails to file

the reporter's record by **March 6, 2015**, the Court will enter an order that she not sit as a court reporter until the reporter's record is filed.

The time to file the State's brief is **EXTENDED** to **March 23, 2015**. The time to file appellee's brief is **EXTENDED** to **April 7, 2015**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted as previously scheduled on **April 10, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Peri Wood, official court reporter, 292nd Judicial District Court; and to counsel for all parties.


/s/    MOLLY FRANCIS
JUSTICE